# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-40744
Summary Calendar

D.C. Docket No. 6:17-CR-40-1

United States Court of Appeals
Fifth Circuit
**FILED**
August 31, 2017
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

THEODORE ROBERT WRIGHT, III,

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Texas, Tyler

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.